UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: <br><br> Melvin J. McGowan and Carol J. McGowan, <br><br> Debtors, | Case No. 6-10-BK-60680 <br><br> Chapter 7 <br><br> OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY |

1. Please take notice that the Debtors Melvin J. McGowan and Carol J. McGowan oppose the Motion for Relief from Automatic Stay (the "Motion") filed by Susan L. Carlson and Jeffery J. Carlson (the "Movants").

2. If the Movants request from the automatic stay imposed by 11 USC §362 is granted the Movants will litigate a civil action entitled Susan L. Carlson and Jeffery J. Carlson vs. Melvin McGowan, Carol McGowan, and all other persons unknown claiming any right, title, estate, interest or lien in the real property described in the Complaint herein, Court File No. 56-CV-09-1297 ("State Court Action"), in which they have made a claim against the Debtors which claims is subject to discharge in this proceeding.

3. The Movants have filed a Complaint objecting to the discharge of said claim.

4. Until the adversary proceeding regarding the objection to discharge has been completed, the Movants should not be permitted to pursue their claim against the Debtors in State Court.

5. The Movants Motion should be denied.

Dated: September 23, 2010

_____
Melvin McGowan

_____
Carol McGowan

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In Re:

Melvin J. McGowan and Carol J. McGowan,

    Debtors,

Case No. 6-10-BK-60680

Chapter 7

AFFIDAVIT OF SERVICE

STATE OF MINNESOTA  )
                             ) SS
COUNTY OF OTTER TAIL  )

    Treva L. Mayfield, of the County of Otter Tail and State of Minnesota, says that she did on the 23rd day of September, 2010, served the following:

    Objection to Motion for Relief from Automatic Stay

upon the below listed party by depositing a true and correct copy thereof, postage prepaid, in the United States mail at Perham, Minnesota, properly addressed as follows:

Susan L. Carlson
5336 Drew Ave S
Minneapolis MN 55410

David G. Velde
VELDE MOORE, LTD
1118 Broadway
Alexandria MN 56308

Jeffery J. Carlson
1002 Esplanade
Redondo Beach CA 90277

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis MN 55415

_____
Treva L. Mayfield

Subscribed and sworn to before me
this 23rd day of September, 2010.

_____
Notary Public

GRETCHEN K. HOVLAND
NOTARY PUBLIC - MINNESOTA
OTTER TAIL COUNTY
My Commission Expires Jan. 31, 2015